UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DARWIN SELECT INSURANCE COMPANY,
    Plaintiff,

Case No.: 1:10-CV-23771-MGC

vs.

RK NETMEDIA, INC., REALITY KINGS, LLC, RK NETMEDIA, LLC, JEFFREY M. GREENBERG, AND MISTY L. BERMUDEZ
    Defendants.   /

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

DARWIN SELECT INSURANCE COMPANY, dismisses its complaint for Declaratory Relief without prejudice, with all parties to bear their own attorneys fees and costs.

Dated: March 24, 2011

Respectfully submitted,

s/Ronald L. Kammer
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

14505015v1 0917092 59238

Case No.: 09-21712-CIV-HUCK

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

s/Ronald L. Kammer
Ronald L. Kammer
rkammer@hinshawlaw.com

14505015v1 0917092 59238