UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23771-Civ-COOKE/BANDSTRA

DARWIN SELECT INSURANCE CO.,

     Plaintiff

vs.

RK NETMEDIA, INC. *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* by the Plaintiff pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Pl.'s Notice of Vol. Dismissal Without

Prejudice (ECF No. 7)).  The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida this 31st day of March 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of Record*